IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

**DIAMOND EXTERIORS LLC**

Plaintiff,

v.

**COUNTRY MUTUAL INSURANCE COMPANY**

Defendant.

___

### DEFENDANT'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441 and 1446

___

Defendant Country Mutual Insurance Company, through counsel Spies, Powers & Robinson, P.C., respectfully submits this Notice of Removal of Action Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and in support thereof, states as follows:

1. Defendant Country Mutual seeks to remove this case under 28 U.S.C. §1332 based on the diversity of citizenship between the parties. Pursuant to §1332, the federal court has original subject matter jurisdiction when: (i) the defendant is diverse in citizenship from the plaintiff; and (ii) the plaintiff's claim entails an amount in controversy in excess of $75,000. *Baker v. Sears Holdings Corp.*, 557 F. Supp. 2d 1208, 1211 (D. Colo. 2007). When a case satisfying these criteria is brought in a state court, the defendant may move the action to federal court by filing a notice of removal. *Id.*

2. Plaintiff Diamond Exteriors LLC filed a Complaint and Jury Demand in the Colorado District Court of The City and County of Denver. That action is styled as *Diamond Exteriors LLC*

*v. Country Mutual Insurance Company, an Illinois corporation*, City and County of Denver District Court Case No. 2021-CV-33198. A copy of the Complaint and Jury Demand is attached hereto as Exhibit A.  The Complaint alleges one claim for relief, Violation of C.R.S. § 10-3-1115 and Relief Pursuant 10-3-1116.  Exhibit A, Plaintiff's Complaint and Jury Demand, at ¶¶32-38.

3. The District Court Civil Case Cover Sheet filed by the Plaintiff alleges that the amount in controversy is in excess of $100,000.

4. The case concerns allegations of property damage arising out of a storm event occurring on or about September 11, 2019, and the Plaintiff's claim for benefits under a policy of insurance issued to Elizabeth Whitney by Defendant Country Mutual Insurance Company.  The suit is premised upon an estimate generated by Plaintiff with a repair estimate of $32,440.41. The Plaintiff also seeks statutory penalties over and above the cost of repairs.

5. Plaintiff is a limited liability company in good standing in the State of Colorado with a principal address of P.O. Box 903, Castle Rock, CO 80104.  Exhibit A, at ¶1.  Upon information and belief, the Plaintiff has no other state in which it is domiciled or reside.

6. Defendant Country Mutual Insurance Company is an Illinois corporation, with its principal place of business in Bloomington, Illinois.

7. Removal of this action on diversity grounds is proper because the case concerns citizens of different states and the alleged amount in controversy exceeds $75,000.

8. A copy of this Notice of Removal is filed contemporaneously herewith in The City and County of Denver District Court Case No. 2021-CV-33198.

WHEREFORE, Defendant Country Mutual Insurance Company respectfully removes City

and County of Denver District Court Case No. 2021-CV-33198 to the United States District Court for the District of Colorado in accordance with 28 U.S.C. §§ 1332, 1441 and 1446.

Respectfully submitted on November 5, 2021,

          **SPIES, POWERS & ROBINSON, P.C.**

          *s/ Brendan O. Powers*
          _____
          Brendan O. Powers, #21401
          950 South Cherry Street, Suite 700
          Denver, Colorado 80246
          Telephone: (303) 830-7090
          Facsimile:  (303) 830-7089
          Email:  powers@sprlaw.net
          **Attorneys for Defendant Country Mutual Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2021, I electronically filed the foregoing Defendant's Notice of Removal of Action Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

David J. Furtado, #28002
Furtado Law PC
3773 Cherry Creek North Drive, Suite 755
Denver, CO 80209
dfurtado@furtadolaw.com
*attorneys for Plaintiff.*

          *s/ Melissa Phillips-Noah*
          _____