IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02989-DDD-MEH

**DOUGLAS SMITH BUILDERS, LLC d/b/a DIAMOND EXTERIORS LLC,**

Plaintiff,

v.

**COUNTRY MUTUAL INSURANCE COMPANY,** an Illinois corporation.

Defendant.

---

### NOTICE OF SETTLEMENT

---

Pursuant to D.C.COLO.LCivR 40.2, Plaintiff Douglas Smith Builders LLC, by counsel, submits the following Notice of Settlement:

1. The parties have reached a resolution of this lawsuit.

2. The parties are finalizing formal agreements and will submit dismissal paperwork within 30 days, or otherwise report the status to the Court.

Dated: October 21, 2022

*/s/ Tanner W. Havens*
Tanner W. Havens, #56413
Furtado Law PC
3773 Cherry Creek North Drive, Suite 755
Denver, CO 80209
***Attorney for Plaintiff***

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2022, the following was filed via the CM/ECF system and served the following:

Brendan O'Rourke Powers
powers@sprlaw.net
Spies Powers & Robinson PC
950 South Cherry Street
Suite 700
Denver, CO 80246
***Attorney for Defendant***

      */s/ Tanner W. Havens*
      Tanner W. Havens