# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02989-DDD-MEH

**DOUGLAS SMITH BUILDERS, LLC d/b/a DIAMOND EXTERIORS LLC,**

    Plaintiff,

v.

**COUNTRY MUTUAL INSURANCE COMPANY,** an Illinois corporation.

    Defendant.

---

## STIPULATION FOR DISMISSAL

---

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Douglas Smith Builders LLC d/b/a Diamond Exteriors LLC and Defendant Country Mutual Insurance Company, by their respective counsel, hereby stipulate to dismiss this action with prejudice.

| | |
|---|---|
| Dated: November 1, 2022 | Dated: November 1, 2022 |
| */s/ Tanner W. Havens* | */s/ Brendan O. Powers* |
| Tanner W. Havens | Brendan O. Powers |
| Furtado Law PC | Spies Powers & Robinson PC |
| 3773 Cherry Creek North Drive, Suite 755 | 950 South Cherry Street, Suite 700 |
| Denver, CO 80209 | Denver, CO 80246 |
| ***Attorney for Plaintiff*** | ***Attorney for Defendant*** |

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 1, 2022, the following was filed via the CM/ECF system and served the following:

Brendan O'Rourke Powers
powers@sprlaw.net
Spies Powers & Robinson PC
950 South Cherry Street
Suite 700
Denver, CO 80246
***Attorney for Defendant***

                */s/ Tanner W. Havens*
                Tanner W. Havens

2